## THE JEFFERSONVILLE RAILROAD COMPANY *v.* HARDY.

APPEAL from the *Bartholomew* Circuit Court.

*Per Curiam.*—This case is like that of the *Madison and Indianapolis Railroad Company* v. *Whiteneck,* and is reversed with costs, and remanded for the reasons there given.

*W. Herod* and *S. Stansifer,* for the appellants.